

**MEMO ENDORSED**

March 9, 2020

**VIA ECF**
Honorable Judge Ramos
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

Re: Diaz v. Shakespeare All Star Acquisition LLC; Case No: 1:19-cv-06979-ER

Dear Judge Ramos,

This firm represents Plaintiff Edwin Diaz (hereinafter "Plaintiff") in this matter, which involves claims asserted under Title III of the ADA, 42 U.S.C. § 12181.

As per the Court's February 10, 2020 Order, the parties were granted 30 days in which to restore the case to the court's calendar. It is now March 9, 2020, and the parties are in the final phase of settlement on the matter. At this time, Counsel for the Plaintiff respectfully requests an additional 30 days in which to finalize the terms of the agreement and thereafter file a Stipulation of Dismissal. Counsel for Defendant consents to the above request.

Respectfully submitted,

/S/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.

Cc: All counsel of record (Via ECF)

The application is __X__ granted
_____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: March 9, 2020
New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: March 9, 2020